UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60608-CIV-SINGHAL

SERGIO ALEXANDER ANSELMI DUQUE,

Plaintiff,

vs.

DEPARTMENT OF HOMELAND SECURITY, *et al.*,

Defendants.
_______________________________________/

**ORDER OF DISMISSAL**

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal (the "**Notice**"). (DE [19]). Having reviewed the Notice, the docket, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's claims are **DISMISSED AS MOOT.** The Clerk is directed to **CLOSE** this case, **CANCEL** all hearings and deadlines, and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 22nd day of July 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF